UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTA SHAW | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-00313 |
| | § | Judge Charles Eskridge |
| GREGORY FUNDING, LLC, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

### JOINT STIPULATION OF DISMISSAL

COMES NOW, Plaintiff Alberta Shaw ("Plaintiff") and Gregory Funding, LLC ("Defendant") (collectively the "Parties") and files this Joint Stipulation of Dismissal pursuant to Tex. R. Civ. P. 41(a)(1)(A)(ii). The Parties state they have agreed to dismiss the above-captioned lawsuit, with prejudice.

WHEREFORE, PREMISES CONSIDERED, the Parties request that the Court close this matter on its docket.

Dated: March 26, 2024,

                                                      Respectfully Submitted,

By:    /s/*Shawnika L. Brooks*
         Shawnika L. Brooks
         State Bar No. 24106058
         Robert D. Forster, II
         State Bar No. 24048470
         4004 Belt Line Road, Ste. 100
         Addison, Texas 75001
         (972) 386-5040
         (972) 341-0734 (Facsimile)
         ShawnikB@bdfgroup.com
         RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANT**

**AND**

/s/*Erick DeLaRue (with permission)*
Erick DeLaRue
**Law Office of Erick DeLaRue, PLLC**
State Bar No. 24103505
2800 Post Oak Boulevard, Suite 4100
Houston, Texas 77056
Tel. 713-899-6727
Email: erick.delarue@delaruelaw.com
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

via E-service: erick.delarue@delaruelaw.com
Erick DeLaRue
SBN 24103505
2800 Post Oak Blvd, Suite 4100
Houston, TX 77056
T: 713-899-6727

**ATTORNEY FOR PLAINTIFF**

/s/ *Shawnika L. Brooks*
Shawnika L. Brooks